IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02853-BNB

NATASHA R. POMELE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
DENVER WOMEN'S CORRECTIONAL FACILITY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _xx_   is missing <u>certified</u> copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>trust fund statement submitted is not certified by appropriate official at Plaintiff's penal institution</u>)
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.

(10)   ___   other:

**Complaint, Petition or Application**:

(11)   ___   is not submitted  
(12)   ___   is not on proper form (must use the court's current form)  
(13)   ___   is missing an original signature by the prisoner  
(14)   ___   is missing page nos. ___  
(15)   ___   uses et al. instead of listing all parties in caption  
(16)   ___   An original and a copy have not been received by the court. Only an original has been received.  
(17)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.  
(18)   ___   names in caption do not match names in text  
(19)   ___   other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, this action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 30, 2012, at Denver, Colorado.

BY THE COURT:

/s Boyd N. Boland  
United States Magistrate Judge