IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02853-LTB

NASTASHA R. POMELE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
DENVER WOMEN'S CORRECTIONAL FACILITY,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 23, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 23 day of January, 2013.

                                        FOR THE COURT,

                                        JEFFREY P. COLWELL, Clerk


                                        By: s/  S. Grimm
                                            Deputy Clerk